## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 636 EAL 2014
:
                Respondent    :
                         : Petition for Allowance of Appeal from the
                         : Order of the Superior Court
         v.                :
:
:
:
CARL SMITH,                   :
:
                Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.